

FILED

SEP 0 9 2019

Clerk, U.S. District Court
District Of Montana
Missoula

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| In the Matter of the Search of: | MJ 19-56-M-KLD |
| Closet in a bedroom in the residence located at 105 E. Meany St., Plains, MT 59859 | ORDER |

The warrant in the above-entitled matter having been executed and returned - together with a copy of the certified inventory of the property seized - to the undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this 9th day of September, 2019.



Kathleen L. DeSoto
United States Magistrate Judge

1